IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DEARBORN LIFE INSURANCE COMPANY d/b/a BLUE CROSS BLUE SHIELD OF TEXAS,**<br>    Plaintiff<br><br>vs.<br><br>**BALKEES ABDERRAHMAN, ALEXANDRA K. L. NOEL, AND HELEN M. Y. TURNER,**<br>    Defendants | § § § § § § § § § § § <br><br>Case No. 1:24-cv-1085-DII |

## ADVISORY TO THE COURT

Plaintiff Dearborn Life Insurance Company d/b/a Blue Cross Blue Shield of Texas ("Dearborn") files the following Advisory to the Court.

1. On January 27, 2025, the Court issued its Agreed Interpleader Orders, requiring Dearborn to deposit the remaining Death Benefits, in the amount of $424,000.00, into the Court's registry within 30 days (Doc. 12).

2. Dearborn deposited the $424,000.00 on February 26, 2025 (Doc. 18).

3. Accordingly, pursuant to the Agreed Interpleader Orders, Dearborn is discharged from any further liability pertaining in any way to the Policy issued on the life of Virgil Jordan, deceased, and should dismissed from the case. *See* Doc. 12 at 3-4.

Respectfully submitted,

By:   */s/ Andrew MacRae*
      Andrew F. MacRae
      Texas Bar No.00784510
      MacRae Law Firm PLLC
      3267 Bee Cave Road
      Suite 107, PMB 276
      Austin, Texas 78746
      Phone: 512-565-7798
      andrew@macraelaw.co

      Attorneys for Dearborn
      Life Insurance Company

### **CERTIFICATE OF SERVICE**

     I hereby certify that I filed the foregoing Advisory through the Court's CM/ECF service this 7th day of March, 2025. I understand the CM/ECF system will send a Notice of Electronic Service to the following counsel of record:

Loyd Neal
3006 Brazos Street
Houston, Texas 77006

Debra Bradberry
Ford + Bergner LLP
221 West 6th Street, Suite 900
Austin, Texas 78701

Andrew J. Noel
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

          */s/ Andrew MacRae*
          Andrew F. MacRae